# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 15-3139
_____

United States of America

Plaintiff - Appellee

v.

Grayson Moore

Defendant - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:15-cr-00046-DPM-3)
_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

October 27, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Michael E. Gans

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 27, 2015

Ms. Grayson Moore
c/o Freedom House
400 Lake Front Drive
Russellville, AR  72802

RE:  15-3139  United States v. Grayson Moore

Dear Ms. Moore:

    Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

    Michael E. Gans
    Clerk of Court

JPP

Enclosure(s)

cc:    Ms. Arkie Byrd
       Ms. Stephanie Mazzanti
       Mr. Jim McCormack
       Mr. Cameron C. McCree
       Ms. Erin Siobhan O'Leary

    District Court/Agency Case Number(s):   4:15-cr-00046-DPM-3



15-3139 United States v. Grayson Moore "judgment filed sua sponte dismiss case voluntarily" (4:15-cr-00046-DPM-3)

ca08ml_cmecf_Notify   to:                                    10/27/2015 02:15 PM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 10/27/2015

**Case Name:**   United States v. Grayson Moore
**Case Number:** 15-3139
**Document(s):** Document(s)

**Docket Text:**
**JUDGMENT FILED -** The case is dismissed in accordance with Rule 42(b), Federal Rules of Appellate Procedure. Mandate shall issue forthwith.; Granting [4330254-2] motion to dismiss case filed by Ms. Arkie Byrd.. [4330554] [15-3139] (Jackie Polk)

**Notice will be electronically mailed to:**

Ms. Arkie Byrd: abyrd@maysbyrdlaw.com, djohnson@maysbyrdlaw.com
Ms. Stephanie Mazzanti, Assistant U.S. Attorney: stephanie.mazzanti@usdoj.gov, Francesca.Grant@usdoj.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Cameron C. McCree, Assistant U.S. Attorney: cameron.mccree@usdoj.gov, christy.easley@usdoj.gov
Ms. Erin Siobhan O'Leary, Assistant U.S. Attorney: Erin.O'Leary@usdoj.gov, Christy.Easley@usdoj.gov

**Notice will be mailed to:**

Ms. Grayson Moore
c/o Freedom House
400 Lake Front Drive
Russellville, AR 72802

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:**
/opt/ACECF/live/forms/jackiepolk_153139_4330554_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/27/2015] [FileNumber=4330554-0]
[55e1ab60b1ae9ed16511dbced7a36b3a12e4bd35b818c4d45f39465cfe65c0c71e2def5da91ce42e
2ac19c13f95cba4e8fa46fe03aa306befc26f83382d6362d]]
**Recipients:**
- Ms. Arkie Byrd
- Ms. Stephanie Mazzanti, Assistant U.S. Attorney
- Mr. Jim McCormack, Clerk of Court
- Mr. Cameron C. McCree, Assistant U.S. Attorney
- Ms. Grayson Moore
- Ms. Erin Siobhan O'Leary, Assistant U.S. Attorney

**Document Description:** Judgment: Clerk Directed
**Original Filename:**
/opt/ACECF/live/forms/jackiepolk_153139_4330554_JudgmentsClerkDirected_125.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/27/2015] [FileNumber=4330554-1]
[0d4c8f94049985e1617adef95338726ee68c02289796f8a52f2345a7dddd021bcbb14a6d9424d9b
22f71f1782b4bdc5cf8c8252333827ef338a79c671840412c]]
**Recipients:**
- Ms. Arkie Byrd
- Ms. Stephanie Mazzanti, Assistant U.S. Attorney
- Mr. Jim McCormack, Clerk of Court
- Mr. Cameron C. McCree, Assistant U.S. Attorney
- Ms. Grayson Moore
- Ms. Erin Siobhan O'Leary, Assistant U.S. Attorney

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4330554
**RELIEF(S) DOCKETED:**
  dismiss case voluntarily
  dismiss case
**DOCKET PART(S) ADDED:** 5412586, 5412587, 5412068, 5412588