# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3139

United States of America

Appellee

v.

Grayson Moore

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:15-cr-00046-DPM-3)

_____

## MANDATE

In accordance with the judgment of 10/27/2015, and pursuant to the provisions of Federal

Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled

matter.

October 27, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit

 **15-3139 United States v. Grayson Moore "Mandate Issued" (4:15-cr-00046-DPM-3)**

ca08ml_cmecf_Notify    to:                                                    10/27/2015 02:25 PM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 10/27/2015
**Case Name:**      United States v. Grayson Moore
**Case Number:**    15-3139
**Document(s):**    Document(s)

**Docket Text:**
MANDATE ISSUED. [4330572] [15-3139] (Jackie Polk)

**Notice will be electronically mailed to:**

Ms. Arkie Byrd: abyrd@maysbyrdlaw.com, djohnson@maysbyrdlaw.com
Honorable D. Price Marshall, U.S. District Judge: Price_Marshall@ared.uscourts.gov,
Abram_Skarda@ared.uscourts.gov, Sherri_Black@ared.uscourts.gov,
Chelsea_Cash@ared.uscourts.gov, Josh_Ashley@ared.uscourts.gov
Ms. Stephanie Mazzanti, Assistant U.S. Attorney: stephanie.mazzanti@usdoj.gov,
Francesca.Grant@usdoj.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Cameron C. McCree, Assistant U.S. Attorney: cameron.mccree@usdoj.gov,
christy.easley@usdoj.gov
Ms. Erin Siobhan O'Leary, Assistant U.S. Attorney: Erin.O'Leary@usdoj.gov,
Christy.Easley@usdoj.gov

**Notice will be mailed to:**

Ms. Grayson Moore
c/o Freedom House
400 Lake Front Drive
Russellville, AR 72802

The following document(s) are associated with this transaction:

**Document Description:** Mandate

**Original Filename:**

/opt/ACECF/live/forms/jackiepolk_153139_4330572_MandateIssuedForms_386.pdf

**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1105112566 [Date=10/27/2015] [FileNumber=4330572-0]
[8ce5d97df9cd2c7951794f6d7b7653ba5804c5f28597de387830e37f5ad091e80500b4b1043dbbe
9203ba55ae92f079a529eec73d7e3fdd523cc94db67b51125]]

**Recipients:**

- Ms. Arkie Byrd
- Honorable D. Price Marshall, U.S. District Judge
- Ms. Stephanie Mazzanti, Assistant U.S. Attorney
- Mr. Jim McCormack, Clerk of Court
- Mr. Cameron C. McCree, Assistant U.S. Attorney
- Ms. Grayson Moore
- Ms. Erin Siobhan O'Leary, Assistant U.S. Attorney

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4330572

**RELIEF(S) DOCKETED:**

**DOCKET PART(S) ADDED:** 5412625