IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CASE No. 4:15CR00046-2 DPM |
| | ) | |
| | ) | |
| MELINDA CUNNINGHAM PRATT | ) | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The undersigned, Lisa G. Peters, hereby enters her appearance as counsel in this case for the Defendant, Melinda Cunningham Pratt.

        Respectfully submitted,
        LISA G. PETERS
        FEDERAL DEFENDER

By:    Lisa G. Peters, Bar No. 89099
        Federal Public Defender Office
        1401 W. Capitol, Suite 490
        Little Rock, Arkansas 72201
        (501) 324-6113
        Email: lisa_peters@fd.org

For:   Melinda Cunningham Pratt, Defendant